It is ORDERED that the petition for certification is denied.

147 A.3d 453

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
JUAN J. ROJAS, JR., DEFENDANT-PETITIONER.

July 15, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-006261-12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

147 A.3d 454

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMANENCY, PLAINTIFF-RESPONDENT, v. K.C., DEFENDANT-PETITIONER, AND E.A., DEFENDANT.IN THE MATTER OF THE GUARDIANSHIP OF R.C., A MINOR-RESPONDENT.

FILED July 15, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001546-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.